IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PAIGE C. SULLIVAN N/K/A PAIGE C. AUER,

      Appellant,

v.

      Case No.  5D22-257
      LT Case No. 2015-DR-24190

JACOB JAMES CULWELL,

      Appellee.

_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

Paige C. Sullivan n/k/a Paige C.
Auer, Everett, WA, pro se.

Harley Gutin, of Gutin and Wolverton,
Cocoa, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.